UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELLY PETERMANN; and<br>MACKENZIE PETERMANN, a minor Child<br><br>    Plaintiffs,<br>v.<br><br>EDM TRUCKING, LLC; and<br>MIROSLAV VRANESEVIC,<br><br>    Defendants, | CASE NO. 4:13CV-1   |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this ___ day of September, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia